AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>PEDRO DE LA CRUZ SEGURA,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

FILED BY _____ D.C.

JAN 2 6 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

Case No.  17-8037-WM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 17, 2017_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, USC §§ 1326(a) and (b)(2) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ICE D/O
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/26/ 2017

_____
*Judge's signature*

City and state:          West Palm Beach, Florida

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES v. PEDRO DE LA CRUZ SEGURA
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over thirteen years.  I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida.   As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Pedro DE LA CRUZ SEGURA committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3.      On or about January 17, 2017, Pedro DE LA CRUZ SEGURA was arrested in Palm Beach County, Florida for failure to appear for status check on offenses of felony driving under the influence (enhanced)(4th or subsequent), and driving while license permanently revoked. He was booked and detained at the Palm Beach County Jail.

4.      On or about January 20, 2017, Deportation Officer Cynthia Alcocer took a sworn statement from Pedro DE LA CRUZ SEGURA. Post-Miranda, Pedro DE LA CRUZ SEGURA admitted to being native of Mexico. He further

1

admitted to last entering into the United States illegally about July 2015, after being previously removed from the United States in 2015. Pedro DE LA CRUZ SEGURA further admitted that he did not seek permission from the U.S. government to re-enter the United States.

5.      A review of the immigration alien file assigned to Pedro DE LA CRUZ SEGURA shows that he is native and citizen of Mexico. Records further show that on or about March 4, 2015, Pedro DE LA CRUZ SEGURA was ordered removed from the United States. The Order of Removal was executed on or about April 9, 2015, whereby Pedro DE LA CRUZ SEGURA was removed from the United States and returned to Mexico.

6.      A further review of the records show that on or about July 1, 1999, in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Pedro DE LA CRUZ SEGURA was convicted of the felony offense of aggravated battery, case number 99-004070-CF.

7.      U.S. Department of Homeland Security, Forensic Laboratory Fingerprint Specialist Stephanie Fox conducted fingerprint comparison in this case.  Fingerprints taken in connection with Pedro DE LA CRUZ SEGURA's January 17, 2017 arrest in Palm Beach County were compared with the fingerprints located in Pedro DE LA CRUZ SEGURA's immigration alien file taken from Pedro DE LA CRUZ SEGURA prior to his removal from the United States. Fingerprint Specialist Stephanie Fox determined that they were made by the same individual.

2

8.    I performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Pedro DE LA CRUZ SEGURA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Pedro DE LA CRUZ SEGURA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9.    Based on the foregoing, I submit that probable cause exists to believe that, on or about January 17, 2017, Pedro DE LA CRUZ SEGURA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn to before me
this 26 th day of January, 2017.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE


3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.   17-8037-WM

UNITED STATES OF AMERICA

vs.

PEDRO DE LA CRUZ SEGURA,

      Defendant.

_____/

## CRIMINAL COVER SHEET

1.     Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?        _____ Yes   __X__ No

2.     Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?      _____ Yes   __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____

AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0188591
500 S. Australian Ave, Ste. 400
West Palm Beach, Florida   33401
TEL (561) 820-8711
FAX (561) 820-8777
Aurora.Fagan@usdoj.gov